JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMI E. MORGAN, et al.,<br><br>                    Defendants. | Case No.  CV 20-8359-GW-SKx<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

 Based upon the Notice of Voluntary Dismissal [22] filed by Plaintiff, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

 IT IS SO ORDERED.

Dated: May 11, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE